**No. 47349.**—Protests 814–K, etc., of E. C. Carter & Son (New York).

Opinion by TILSON, J. The record consists of the testimony of four witnesses for the plaintiff, one for the defendant, and certain exhibits received in evidence. Counsel for the respective parties agreed in open court that the net represented by items 35762–E and 35853–E have 225 or more holes per square inch and the evidence showed that these items were made on a bobbinet machine without any attachments. The court was of the opinion that regarding laces covered by said paragraph 1529 (a), the trade agreement provides for such when made on the bobbinet-jacquard machine, and that had it been the intention to provide for nets and nettings made on a bobbinet-jacquard machine "by the attachment of an auxiliary bar to run in the extra warp threads which are regulated by a guide bar to make the width of the strip required," (as one witness testified as to the method of producing stripes) it would undoubtedly have been so provided. On the record presented the nets represented by item 35853–E were held dutiable at 45 percent on a value of £8 5s. 10d., and the nets represented by item 35762–E were held dutiable at 45 percent on a value of £11 7s. 5d., less 2½ percent, less 1¼ percent, under paragraph 1529 (a) and T. D. 49753 as claimed. Protests sustained in part.

**No. 47350.**—Protest 29211–K of M. Pressner & Co. (New York).

Opinion by TILSON, J. In accordance with the agreement of counsel for the respective parties and following Abstract 44605 the protest was sustained.

**No. 47351.**—Protest 77272–K of Western States Importing Co. (San Francisco).

Opinion by TILSON, J. At the trial it was agreed that the dolls are not composed in any part of any article or material specified in paragraph 1529 (a), that they have no movable parts or members, and that they are chiefly used for the amusement of children. In accordance therewith the protest was sustained as to certain of the items.

**No. 47352.**—Protests 34409–K, etc., of Lederer De Paris, Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of mufflers similar in all material respects to the merchandise involved in Abstract 44055 and that they are printed other than block printed by hand, valued at more than $5 per dozen, and imported subsequent to the effective date of the trade agreement with the United Kingdom. The claim at 45 percent under paragraph 1209 was sustained as to these items.